IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACKIE DORAIL HOWARD                                                                    PLAINTIFF

v.                                      Civil No. 4:18-cv-4131

DETECTIVE BRIAN TRIBBLE,
Texarkana Arkansas Police Department;
and SERGEANT ZACHERY WHITE,
Texarkana Arkansas Police Department                                                    DEFENDANTS

## ORDER

Before the Court is Defendants' Charles Black, Detective Brian Tribble and Sergeant Zachary White's Motion to Withdraw Counsel. (ECF No. 34). Defendants Black, Tribble and White request that Caroline "Carly" V. Hayes, listed a lead counsel in this case, be permitted to withdraw. Co-counsel, C. Burt Newell, will continue to represent Defendants Tribble and White in this matter.[1]

Defendants' Motion to Withdraw Counsel (ECF No. 34) is **GRANTED. The Clerk is DIRECTED to terminate Caroline Virginia Hays as counsel for Defendants Black, Tribble and White.**

**IT IS SO ORDERED THIS 24th day of September 2018.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff's claims against Defendant Charles Black were dismissed on December 17, 2018.