IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACKIE DORAIL HOWARD                                                           PLAINTIFF

v.                               Civil No. 4:18-cv-4131

DETECTIVE BRIAN TRIBBLE,
Texarkana Arkansas Police Department;
and SERGEANT ZACHERY WHITE,
Texarkana Arkansas Police Department                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 4, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 26) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgement (ECF No. 26) is **GRANTED**. Plaintiff's unlawful arrest claims against Defendants Brian Tribble and Zachery White in their individual and official capacities are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over Plaintiff's false imprisonment claims, and these claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge